ACCEPTED
14-14-00961-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 11:08:05 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00960-CR & 14-14-00961-CR

CALLIE RENEE INMAN,
     APPELLANT

V.

THE STATE OF TEXAS,
     APPELLEE

IN THE COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 11:08:05 AM
CHRISTOPHER A. PRINE
Clerk

FOURTEENTH SUPREME
JUDICIAL DISTRICT

HOUSTON, TEXAS

## MOTION FOR EXTENSION OF TIME TO
## FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was charged with of intoxicated manslaughter with vehicle and intoxicated assault with vehicle causing serious bodily injury. The case is styled as *State of Texas v. Callie Renee Inman*, in the 56TH Judicial District Court of Galveston County, Texas, Cause No. 14-CR-0611 & 14-CR-0612. An Application for Writ of Habeas Corpus was filed 11/14/2014 and denied 11/25/2014. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on January 20, 2015.

2. The present due date for filing the State's brief is February 9, 2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before April 9, 2015.

1

5. The State requests this extension not for delay but because during the last seventy-five days, the undersigned attorney for the State:

- Has been working on a rather large and complex State's appeal on *State v. Hector Pena,* 14-14-00746-CR. It is due on 2/11/2015.

- Has been working on a supplemental brief ordered in *Javia Sinquize Johnson v. State,* 01-14-00185-CR, due on 2/12/15.

- Assisted in preparing for Oral Arguments on *Vincent Zahorik v. State,* 14-13-00763-CR. Oral Arguments were set for 11/17/14 and reset the same day. Arguments were held on 1/12/2015.

- Completed the State's response brief on *Vanessa Van-Ness v. State,* 01-13-00607-CR on January 7, 2015.

- Completed the State's response brief on *Adarris Ouzenne v. State,* 01-14-00242-CR on December 16, 2014.

- Completed the State's response brief on *Howard Harris v. State,* 14-14-000391-CR & 14-14-000392-CR on December 3, 2014.

- Is solely responsible for all Post-Conviction Writs of Habeas Corpus for Galveston County and completed 6 post-conviction writ answers on case numbers: 13-CR-2144-83-1 (*Earl Morehead*); 11-CR-3078-83-1 (*Randy Owens*); 11-CR-0210-83-2 (*JB Degrassa*); 37968-83-2 (*Michael Richie*); 08-CR-2835-83-1 (*Pedro Cabrera*) 11-CR-1177-83-1, 11-CR-1178-83-1, 11-CR-1179-83-1 (*Michael Shayne Hansley*) 03-CR-0733-83-4 (*Russell Kevin Thompson*).

- Was out of state for nearly 2 weeks.

- During the Christmas and New Year's Holidays, caught the flu and was out sick for several days.

6. The State must also complete its response brief to *Brandon Derrail Evans v. State,* 01-14-00345-CR, due on 3/9/2015.

7. The State must also complete its response brief to *Fahd Saad Tanash v. State*, 14-14-00463-CR, due on 3/16/2015.

8. The State must also complete its response brief to *Dennis Roy Redding v. State*, 01-14-00536-CR, due on 2/9/2015.

9. The State must also complete its response brief to *Lionel Franklin v. State*, 14-14-00559-CR, due on 2/17/2015.

10. The State must also complete its response brief to *Clyde Edwin Hedrick v. State*, 14-14-00378-CR, due on 4/6/2015.

11. The State must also complete its response brief to *Joshua Dwayne Bledsoe v. State*, 14-14-00380-CR, due on 3/9/2015.


WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until April 9, 2015.


Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS


*/s/ Rebecca Klaren*

REBECCA KLAREN
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us

3

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 515 words.

> /s/ *Rebecca Klaren*
> REBECCA KLAREN
> Assistant Criminal District Attorney
> Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to Jeth Jones, Attorney for Appellant, at jjones@joneslawfirm.com or 1100 Rosenburg Ave, Galveston, TX 77550, on February 9, 2015.

> /s/ *Rebecca Klaren*
> REBECCA KLAREN
> Assistant Criminal District Attorney
> Galveston County, Texas

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on February 9, 2015, appeared Rebecca Klaren, who by me duly sworn did depose and state on oath the following:

"I, Rebecca Klaren, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on February 9, 2015.

NOTARY PUBLIC in and for
the State of Texas



CATHERINE N. NELSON
MY COMMISSION EXPIRES
February 19, 2017

5